AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Eastern__                         DISTRICT OF        __New York__

USA

**APPEARANCE**

v.
Insun Yun

Case Number: 19CR 131

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Insun Yun

I certify that I am admitted to practice in this court.

__3/15/19__
Date

__F. M__
Signature

Florian Miedel           1610
Print Name              Bar Number

80 Broad St., Suite 1900
Address

New York          NY        10004
City              State      Zip Code

212-616-3042          800-507-8507
Phone Number          Fax Number