

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AXB
F. #2018R2095

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 15, 2019

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
Brooklyn, New York 12201

      Re:    United States v. Insun Yun
                <u>Criminal Docket No. 19-131 (AMD)</u>

Dear Judge Donnelly:

      The parties to the above-referenced matter have reached a plea agreement, pursuant to which the defendant has agreed to waive indictment by the grand jury and plead guilty to a felony information. On March 11, 2019, the government filed a notice of intent to proceed in this manner pursuant to Federal Rule of Criminal Procedure 7(b). Therefore, the government respectfully requests that the Court schedule a plea hearing at its earliest convenience.

                                 Respectfully submitted,

                                   RICHARD P. DONOGHUE
                                 United States Attorney

                    By:    <u>/s/ Anthony Bagnuola</u>
                          Anthony Bagnuola
                          Assistant U.S. Attorney
                          (718) 254-6232

cc:    Counsel of record (by ECF)