AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>INSUN YUN<br>_____<br>Defendant | )<br>)  Case No.  19 CR 131 (AMD)<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/15/2019

_____
Defendant's signature

_____
Signature of defendant's attorney

Florian Miedel, Esq.
_____
Printed name of defendant's attorney

s/Ann M. Donnelly
_____
Judge's signature

Hon. Ann M. Donnelly, U.S.D.J.
_____
Judge's printed name and title